

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

Joseph McCormick,               §            No. 08-18-00073-CR

            Appellant,          §            Appeal from the

v.                                   §            143rd District Court

The State of Texas,           §            of Reeves County, Texas

            State.             §            (TC# 17-01-08135-CRR)

§

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **November 30, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before November 30, 2018.

IT IS SO ORDERED this 1st day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.